**SO ORDERED.**

**SIGNED this 30 day of April, 2018.**



_____

**John T. Laney, III**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-BK-40167-JTL |
| | ) | |
| CHERYL KAY GUNN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AGREED ORDER PARTIALLY MODIFYING STAY

Upon application of the parties, by agreement, and for good cause shown, the Court is of

the opinion and so finds that the parties agree that the automatic stay shall be modified with

regard to Cheryl Kay Gunn ("Debtor") and as to the creditor, Wells Fargo, N.A., in part, so as to

allow the parties to proceed with correcting certain defects in the title to the Property known as

6457 Warm Spring Rd., Columbus, GA 31909, and shall not affect or alter Debtor's treatment of

Wells Fargo, N.A. in the Chapter 13 Plan. Specifically, Debtor may execute a corrective security

deed in favor of Wells Fargo, N.A. to correct the execution of the security deed recorded on

March 31, 2010, at Deed Book 9963, Page 282, Muscogee County, Georgia Records. The

1

fourteen (14) day Stay provided for in Bankruptcy Rule 4001(a)(3) shall not be applicable so that this Order shall be enforceable immediately upon entry.

**END OF DOCUMENT**

**Prepared and submitted by:**

___/s/ Monica K. Gilroy_____
MONICA K. GILROY
GA BAR No. 427520
**Attorney for Wells Fargo, N.A.**
**THE GILROY FIRM**
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923 (Fax)
monica.gilroy@gilroyfirm.com


**Consented to by:**

_/s/ Brace W. Luquire_____
BRACE W. LUQUIRE
GA Bar No. 461400
*[Signed with express permission by Monica K. Gilroy]*
**Attorney for Debtor**
821 Third Avenue
P.O. Box 2684
Columbus, Georgia 31902
Tel:  (706) 322-8557
Fax: (706) 322-2124
BraceLaw@aol.com


**No Objection by:**

_/s/ T. Michael Jones_____
T. MICHAEL JONES for
Kristin Hurst, Chapter 13 Trustee
*[Signed with express permission by Monica K. Gilroy]*
P.O. Box 1907
Columbus, Georgia 31902-1907
Tel: (706) 327-4151

Distribution List

Monica K. Gilroy, Esq.
The Gilroy Firm
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022

Cheryl Kay Gunn, Debtor
333 Green Ridge Road
Cataula, Georgia 31804-3219

Cheryl Kay Gunn, Debtor
6457 Warm Springs Road
Columbus, Georgia 31909-9108

Brace W. Luquire, Esq.
821 Third Avenue
P.O. Box 2684
Columbus, Georgia 31902-2684

Kristin Hurst, Esq.
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, Georgia 31902-1907

Office of the U.S. Trustee
U.S. Trustee – MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, Georgia 31201